GEORGE E. TIBBALL *v.* CAROL JEAN TIBBALL
(13486)

O'CONNELL, HEIMAN and SPEAR, Js.

Submitted on briefs January 6—decision released January 24, 1995

*Wesley W. Horton, Karen L. Murdock* and *John Reed,* legal intern, filed a brief for the appellant (plaintiff).

*Joy Kony Peshkin* and *Bruce A. Foodman* filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.